# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s) | CASE No C |
| v. | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| Defendant(s) |  |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

❏ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

❏ **Mediation** (ADR L.R. 6)

❏ **Private ADR** (*specify process and provider*)

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

❏ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*

❏ other requested deadline: 60 days from the later of (a) issuance of this Court's claim construction order, and (b) June 2018 trial scheduled in E.D. Tex. Case No. 16-cv-01302-JRG

Date: _____

_____
Attorney for Plaintiff

Date: _____

_____
Attorney for Defendant

❏ IT IS SO ORDERED
❏ IT IS SO ORDERED WITH MODIFICATIONS:

Date: _____

_____
U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* *E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*