Blair M. Jacobs (admitted *pro hac vice*)
blairjacobs@paulhastings.com
Christina A. Ondrick (admitted *pro hac vice*)
christinaondrick@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, District of Columbia  20005
Telephone:  1(202) 551-1700
Facsimile:  1(202) 551-1705

**Attorneys for Defendant Ciena Corporation**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CIENA CORPORATION,<br><br>                    Defendant. | CASE NO. 4:17-cv-05920-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** TO DECEMBER 13, 2019 |

1     Pursuant to Civil L.R. 6-1 and 6-2, Oyster Optics, LLC ("Oyster") and Ciena Corporation

2   ("Ciena") file this Stipulation requesting that the case management conference be rescheduled.

3   This request is supported by the attached Declaration of Christina A. Ondrick, which provides

4   good cause for the stipulated extension.

5     NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

6   parties that:

7     1.     The case management conference shall be rescheduled from November 22, 2019 at

8   11:00 a.m. to December 6, 2019 at 11:00 a.m. or, in the alternative, to December 13, 2019 at

9   11:00 a.m.

10    **IT IS SO STIPULATED.**

11

12   DATED:  November 21, 2019

13

14

15   By: */s/ Marc A. Fenster*

16     Marc A. Fenster
       mfenster@raklaw.com

17     Reza Mirzaie
       rmirzaie@raklaw.com

18     Paul A. Kroeger
       pkroeger@raklaw.com

19     Neil A. Rubin
       nrubin@raklaw.com

20     RUSS, AUGUST & KABAT

21     12424 Wilshire Boulevard, 12th Floor
       Los Angeles, CA 90025

22     Telephone: 310/826-7474
       Facsimile: 310/826-6991

23

24     *Attorneys for Plaintiff*
       OYSTER OPTICS, LLC

25

26

27

28

By: */s/ Blair M. Jacobs*

   Blair M. Jacobs
   blairjacobs@paulhastings.com
   Christina A. Ondrick
   christinaondrick@paulhastings.com
   PAUL HASTINGS LLP
   875 15th Street, NW
   Washington, DC  20005
   Telephone:  (202) 551-1700
   Facsimile: (202) 551-1705

   Philip Ou (CA BN 259896)
   philipou@paulhastings.com
   PAUL HASTINGS LLP
   1117 S. California Avenue
   Palo Alto, CA  94304
   Telephone: (650) 320-1800
   Facsimile: (650) 320-1900

   *Attorneys for Defendant*
   CIENA CORPORATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

Based on the foregoing stipulation, the Court GRANTS the request to reschedule the case management conference from November 22, 2019 at 11:00 a.m. to [December 6, 2019 at 11:00 a.m./December 13, 2019 at 11:00 a.m].

**IT IS SO ORDERED.**

DATED:   November 21, 2019.                    By: _____

Honorable Jeffrey S. White
United States District Court Judge