UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: December 13, 2019                                         Time in Court: 19 minutes

**JUDGE: JEFFREY S. WHITE**                          Court Reporter: Raynee Mercado

Courtroom Deputy: Jennifer Ottolini

**CASE NO. C-17-5920 JSW**
**TITLE: Oyster Optics, LLC v. Ciena Corporation**

COUNSEL FOR PLAINTIFF:                    COUNSEL FOR DEFENDANT:
Reza Mirzaie                                               Blair Jacobs
                                                                    Christina Ondrick


PROCEEDINGS:   Initial Case Management Conference


RESULTS:   The parties are referred to a randomly assigned Magistrate Judge for all discovery purposes, including requests to amend infringement contentions.

The parties shall submit a stipulation/proposed order re: ADR process by 1-31-20.

| | |
|---|---|
| Exchange proposed claims terms for construction: | 1-17-20 |
| File damages contentions: | 1-27-20 |
| Exchange preliminary claims constructions: | 2-7-20 |
| File Joint Claim Construction Statement: | 2-21-20 |
| File responsive damages contentions: | 2-24-20 |
| Opening Claims Construction brief due: | 3-20-20 |
| Responsive Claims Construction brief due: | 4-3-20 |
| Reply Claims Construction brief due: | 4-10-20 |
| Claims Construction Tutorial: | 4-30-20 at 10:00 am |
| Claims Construction Hearing: | 5-7-20 at 10:00 am |

cc: Mag Ref Clk