1  Blair M. Jacobs (admitted *pro hac vice*)
   blairjacobs@paulhastings.com
2  Christina A. Ondrick (admitted *pro hac vice*)
   christinaondrick@paulhastings.com
3  PAUL HASTINGS LLP
4  875 15th Street, N.W.
   Washington, District of Columbia  20005
5  Telephone:  1(202) 551-1700
   Facsimile:  1(202) 551-1705
6
7  **Attorneys for Defendant Ciena Corporation**

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CIENA CORPORATION,<br><br>Defendant. | CASE NO. 4:17-cv-05920-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CLAIM CONSTRUCTION TUTORIAL AND CLAIM CONSTRUCTION HEARING** AS MODIFIED HEREIN |

Pursuant to Civil L.R. 6-1 and 6-2, Oyster Optics, LLC ("Oyster") and Ciena Corporation ("Ciena") file this Stipulation requesting that the claim construction tutorial and claim construction hearing be rescheduled. This request is supported by the attached Declaration of Christina A. Ondrick.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that:

1. The claim construction tutorial shall be rescheduled from April 30, 2020 at 10:00 a.m. to May 14, 2020 at 10:00 a.m. or, in the alternative, to May 21, 2020 at 10:00 a.m.; and

2. The claim construction hearing shall be rescheduled from May 7, 2020 at 10:00 a.m. to May 21, 2020 at 10:00 a.m. or, in the alternative, to May 28, 2020 at 10:00 a.m.

**IT IS SO STIPULATED.**

DATED:  January 20, 2019

By: */s/ Reza Mirzaie*

Marc A. Fenster
mfenster@raklaw.com
Reza Mirzaie
rmirzaie@raklaw.com
Paul A. Kroeger
pkroeger@raklaw.com
Neil A. Rubin
nrubin@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

*Attorneys for Plaintiff*
OYSTER OPTICS, LLC

By: */s/ Blair Jacobs*

Blair M. Jacobs
blairjacobs@paulhastings.com
Christina A. Ondrick
christinaondrick@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, NW
Washington, DC  20005
Telephone:  (202) 551-1700
Facsimile: (202) 551-1705

Philip Ou (CA BN 259896)
philipou@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA  94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

*Attorneys for Defendant*
CIENA CORPORATION

**ORDER**

Based on the foregoing stipulation, the Court GRANTS the request to reschedule the claim construction tutorial from April 30, 2020 at 10:00 a.m. to [May 14, 2020 at 10:00 a.m.]/May 21, 2020 at 10:00 a.m.], and the claim construction hearing from May 7, 2020 at 10:00 a.m. to [May 21, 2020 at 10:00 a.m./May 28, 2020 at 10:00 a.m.]. The current briefing schedule shall remain in place.

**IT IS SO ORDERED.**

DATED: January 22, 2020

By: *Jeffrey S. White*
Honorable Jeffrey S. White
United States District Court Judge