Blair M. Jacobs (admitted *pro hac vice*)
blairjacobs@paulhastings.com
Christina A. Ondrick (admitted *pro hac vice*)
christinaondrick@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, District of Columbia 20005
Telephone: 1(202) 551-1700
Facsimile: 1(202) 551-1705

*Attorneys for Defendant*
*Ciena Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>CIENA CORPORATION,<br><br>    *Defendant*. | Case No.<br>4:17-cv-05920-JSW<br><br>**DECLARATION OF CHRISTINA A. ONDRICK IN SUPPORT OF CIENA CORPORATION'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** |

I, Christina A. Ondrick, hereby declare as follows.

1. I am a partner at the law firm Paul Hastings LLP, counsel of record for Defendant Ciena Corporation ("Ciena") in the above-captioned matter. I make this declaration on the basis of personal knowledge, and if called to testify as a witness, I would and could testify competently hereto.

2. Attached hereto as Exhibit L is a true and correct copy of the Declaration of Richard Gitlin, SC.D. in support of Ciena's Preliminary Claim Constructions, dated February 10, 2020.

3. Attached hereto as Exhibit M is a true and correct copy of a white paper by Oyster Optics, Inc. The white paper is entitled "Securing Fiber Optic Communications against Optical Tapping Methods" and is dated 2002.

4. Attached hereto as Exhibit N is a true and correct copy of the United States Patent and Trademark Office's Issue Classification for U.S. Patent Application No. 10/188643, Issued as U.S. Patent No. 7,620,327.

5. Attached hereto as Exhibit O is a true and correct copy of IPR2017-02173 Paper No. 10, which is the Patent Owner's Preliminary Response.

6. Attached hereto as Exhibit P is a true and correct copy of IPR2017-02173 Paper No. 12, which is the Patent Trial and Appeal Board's ("PTAB") Decision Denying Institution of Inter Partes Review.

7. Attached hereto as Exhibit Q is a true and correct copy of IPR2018-00259 Paper No 10, which is the Patent Owner's Preliminary Response.

8. Attached hereto as Exhibit R is a true and correct copy of IPR2018-00259 Paper No 12, which is the PTAB's Decision Denying Institution of Inter Partes Review.

9. Attached hereto as Exhibit S is a true and correct copy of IPR2018-00070 Paper No 12, which is the Patent Owner's Preliminary Response.

10. Attached hereto as Exhibit T is a true and correct copy of IPR2018-00070 Paper No. 14, which is the PTAB's Decision Institution of Inter Partes Review.

11. Attached hereto as Exhibit U is a true and correct copy of IPR2018-00070 Paper No. 26, which is the Patent Owner's Response.

12. Attached hereto as Exhibit V is a true and correct copy of IPR2017-01870 Paper No. 8, which is the Patent Owner's Preliminary Response.

13. Attached hereto as Exhibit W is a true and correct copy of IPR2017-01881 Paper No. 11, which is the PTAB's Decision Institution of Inter Partes Review.

14. Attached hereto as Exhibit X is a true and correct copy of IPR2017-01881 Paper No. 16, which is the Patent Owner's Response.

15. Attached hereto as Exhibit Y is a true and correct copy of IPR2017-01881 Paper No. 29, which is the PTAB's Final Written Decision.

16. Attached hereto as Exhibit Z is a true and correct copy of IPR2018-00257 Paper No. 12, which is the Patent Owner's Preliminary Response.

17. Attached hereto as Exhibit AA is a true and correct copy of IPR2017-01871 Paper No. 7, which is the Patent Owner's Preliminary Response

18. Attached hereto as Exhibit BB is a true and correct copy of IPR2017-01871 Paper No. 11, which is the PTAB's Decision Denying Instituion of Inter Partes Review

19. Attached hereto as Exhibit CC is a true and correct copy of IPR2017-02146 Paper No. 10, which is the Patent Owner's Preliminary Response.

20. Attached hereto as Exhibit DD is a true and correct copy of IPR2017-01882 Paper No. 7, which is the Patent Owner's Preliminary Response.

21. Attached hereto as Exhibit EE is a true and correct copy of U.S. Patent No. 6,469,816.

22. Attached hereto as Exhibit FF is a true and correct copy of Dr. Lebby's deposition transcript dated Sept. 6, 2017.

23. Attached hereto as Exhibit GG is a true and correct copy of a Preliminary Amendment dated Feb. 5, 2013 during the prosecution of U.S. Patent No. 8,913,898.

24. Attached hereto as Exhibit HH is a true and correct copy of Excerpts from Dr. Buck's Non-Infringement Report.

DECLARATION OF CHRISTINA A. ONDRICK ISO CIENA'S RESPONSIVE CLAIM CONSTRUCTION BRIEF

25. Attached hereto as Exhibit II is a true and correct copy of Oyster Optics, LLC's Second Supplemental Responses and Objections to Alcatel-Lucent USA, Inc.'s Third Set of Interrogatories (Nos. 11-13).

DATED: April 3, 2020

BY: */S/ Christina A. Ondrick*
Christina A. Ondrick
christinaondrick@paulhastings.com
BLAIR M. JACOBS
blairjacobs@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, NW
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

Thomas A. Counts (CA BN 148051)
tomcounts@paulhastings.com
Grant N. Margeson (CA BN 299308)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7116

*Attorneys for Defendant*
CIENA CORPORATION