UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CIENA CORPORATION,<br><br>　　　　Defendant. | Case No.　4:17-cv-05920-JSW<br><br>**CLERK'S NOTICE CONTINUING CLAIMS CONSTRUCTION HEARING TO JULY 23, 2020**<br><br>Re: Dkt. No. 105 |

　　　　YOU ARE HEREBY NOTIFIED that on **July 23, 2020 at 10:00 am**, in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, the HONORABLE JEFFREY S. WHITE will conduct the **Claims Construction Hearing** previously noticed for July 16, 2020, in this matter.  The Tutorial remains as set on July 9, 2020 at 10:00 am.

Dated: June 16, 2020

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Jennifer Ottolini, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　jswcrd@cand.uscourts.gov