UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC, <br><br>        Plaintiff, <br><br>    v. <br><br> CIENA CORPORATION, <br><br>        Defendant. | Case No.  4:17-cv-05920-JSW <br><br> **ORDER REGARDING TUTORIAL** |

A technology tutorial in this case is scheduled for July 9, 2020, at 10:00 am.  The tutorial will be conducted by Zoom meeting.  The parties will receive a link to the meeting by email one week before the tutorial.  The parties may share the link with their experts, clients, and co-counsel.  The parties are HEREBY ORDERED to file the presentation slides that they intend to use at the tutorial no later than July 8, 2020, at 10:00 am.

The parties are also encouraged to review the Court's Standing Order for Patent Cases, available on the court website, to familiarize themselves with the procedures and expectations for the tutorial and claim construction hearing.

**IT IS SO ORDERED.**

Dated:    June 24, 2020

_____
JEFFREY S. WHITE
United States District Judge

1