# EXHIBIT A



# Ciena's Technology Tutorial

4:17-cv-05920-JSW

**Dr. Richard Gitlin**

July 9, 2020

# Richard Gitlin, Sc. D.
## 50+ years of communications and networking leadership

**Education:**
- Doctorate in Engineering Science from Columbia in 1969

**Experience:**
- 30+ years at Bell Labs (SVP at retirement)
- Visiting Professor at Columbia University
- CTO Silicon Valley Startup
- Distinguished University Professor at University of South Florida

**Awards and Accomplishments:**
- National Academy of Engineering
- Charter Fellow, National Academy of Inventors
- IEEE Fellow, Bell Labs Fellow
- Florida Inventors Hall of Fame
- Data communications textbook, 170 papers, 71 U.S. Patents

**Major Innovations:**
- Co-inventor of Digital Subscriber Line (DSL) technology
- Electro-optical receiver processing
- Smart antenna, MIMO wireless technology





ciena | 2

# Asserted Patents:  U.S. Patent Nos. 7,620,327; 8,374,511; 8,913,898

## FIBER OPTIC TELECOMMUNICATIONS CARD *WITH ENERGY LEVEL MONITORING*







According to the common specification in the Asserted Patents, existing "systems have the disadvantage that the optical fiber can be easily tapped and are not secure," and the Asserted Patents describe the invention as "providing secure optical data transmission over optical fiber" by using tapping detection capabilities.

ciena

3

# OVERVIEW OF OPTICAL COMMUNICATION SYSTEMS



4

# Evolution of Fiber Optic Communication Systems



| KEY | |
|---|---|
| Direct Detect Systems | |
| Coherent Optical Systems | |

**1995~2012:  Direct Detect Systems**
**2008~2020+:Coherent Optical Systems**

10-100T

500 G

100G

40G

10G

2.5G

1995          2000          2005          2010          2015          2020

Priority date of asserted patents

*G* denotes gigabits (billion) per second

ciena    | 5

# Exemplary Fiber Optics Voice Communications System



- Voice is digitized to binary data by the coder.
- The speech coder output bits that modulate the intensity of the optical light source (on/off).
- The modulated signal is transmitted over the fiber.
- At the receiver the intensity of the optical pulses is detected by a photodetector.
- The electrical output signal is applied to the speech decoder.

ciena    | 6

# Optical Signal Basics - Modulation of an Optical Signal

Light travels in waves of very high frequencies.  In order to transmit data over long distances using optical communications  we manipulate,  or <u>modulate</u>, carrier lightwaves to transport the data.



**Amplitude Modulation (AM)**

**Phase Modulation (PM)**

180° phase shift (= "1")

ciena.  |  7

# Amplitude Modulated (AM) Optical Signal



AMPLITUDE
MODULATED SIGNAL

FIBER

COMPONENT CARD

TRANSMITTER

MODULATOR

LASER

CARRIER SIGNAL

DATA SIGNAL (1'S AND 0'S)



OPTICAL CARRIER
SIGNAL

1   0   1   0   1   0   1   0

DATA SIGNAL
(1'S AND 0'S)

AMPLITUDE
MODULATION
(AT TRANSMITTER)

ciena | 8

# Phase Modulated (PM) Optical Signal



PHASE MODULATED
SIGNAL

COMPONENT CARD

TRANSMITTER

MODULATOR

LASER

FIBER

CARRIER SIGNAL

DATA SIGNAL (1'S AND 0'S)



OPTICAL CARRIER
SIGNAL

1    0    1    0    1    0    1    0

DATA SIGNAL
(1'S AND 0'S)

PHASE
MODULATED SIGNAL
(AT TRANSMITTER)

ciena

9

# Receiver Processing

## Amplitude Modulated Signals

The receiver determines if a zero or a one is sent by looking at the *intensity* of the light.

The *intensity* is synonymous with the *brightness* of the light and is related to the light energy.



## Phase Modulated Signals

The receiver determines if a zero or a one is sent by looking at the *phase* of the light.

For this presentation, it will be assumed, as the patents do, that the *brightness or amplitude* of the received phase modulated signal remains *constant.*



# Early Fiber Optic Transmission Systems Used Amplitude Modulation and Direct Detection





# SYSTEM SECURITY
# AS PRESENTED IN PATENTS

12

# Fiber Optic Systems Were Susceptible to Unwanted Tapping



The patents address a concern that a network intruder could tap the optical fiber without easily being detected

# Security of Fiber Optic Cables



Existing amplitude modulated systems have the disadvantage that the fiber can be easily tapped and are not secure.

'898 patent at 1:52-53

Intruder sees an attenuated signal

Electrical output

Communication channel

Optical Receiver

**How is optical tapping performed?**

'898 patent at 1:52-53

14

# What Is An Optical Tap?

 OYSTER OPTICS, Inc.

**Securing Fiber Optic Communications against Optical Tapping Methods**

Optical tapping devices placed in public and private optical networks today allow unfettered access to all communications and information transiting any fiber segment. Available legally and inexpensively from numerous manufacturers worldwide, optical taps are standard network maintenance equipment that are in use daily. When used nefariously, optical taps provide an excellent method of intercepting voice and data communications with virtually no chance of being detected. Intruders are therefore rewarded with a bounty of relevant information while subject to a very low risk of being caught. Optical network equipment manufacturers do not currently incorporate adequate protection and detection technologies in their platforms to monitor such network breaches in real-time. Network operators thus cannot safeguard the optical signals on their networks and therefore cannot prevent the extraction of sensitive data and communications. Government networks, while assuredly more secure, are also vulnerable to certain types of advanced passive and active tapping methods. This background paper serves to provide an overview of the vulnerabilities of today's modern optical networks; describe methods of addressing such issues; and introduce Oyster Optics' patented optical security, monitoring, intrusion detection and breach localization solutions.

**INTRODUCTION**

Fiber optic telecommunications systems make up the backbone of all modern communications networks. Whether voice, data, video, fax, wireless, email, TV or otherwise, over 180 million miles of fiber optic cables worldwide transport the ever-increasing majority of our diverse information and communications. Modern economies and societies rely on the availability, confidentiality and integrity of critical fiber optic network infrastructures to function properly and efficiently.

With the initial introduction of fiber optic telecommunications systems came the belief that fiber-based transmissions are inherently secure. It has since been proven that not only are fiber optic systems simple to tap, but in many respects they are simpler to tap than their copper-based predecessors. Furthermore, tapped optical networks divulge much greater pertinent information in a more orderly and digitized manner. In fact, many fiber optic taps are standard network maintenance equipment used daily by carriers worldwide. Used illicitly,

however, such devices *allow the extraction of all voice and data communications in the fiber plant with little or no chance of detection.*

*This is achieved because the light within the cable contains all the information in the transmitted signal and can be easily captured, interpreted and manipulated with standard off-the-shelf tapping equipment.* Private and public networks today do not incorporate methods for detecting optical taps in real-time, offering an intruder a relatively safe data extraction proposition. Fiber optic systems transmit large volumes of data as light within an optical fiber, such methods are thus a preferred low-risk method of intelligence gathering, reaping access to large amounts of information. From an eavesdropping and espionage point-of-view the benefits are obvious.

Today we live in a society where corporate espionage has become an international sport. As communications using fiber optics become increasingly ubiquitous, so too does the potential for the illegal tapping and

Copyright © 2002-2003 Oyster Optics, Inc. A ll rights reserved. Oyster and Oyster Optics are trademarks of Oyster Optics, Inc.
No portion of this document may be reproduced in any manner without the prior written consent of Oyster Optics, Inc.

Dkt. No. 100-3; Ex. M (Oyster Optics White Paper)

**What an intruder sees**

Communication channel → Optical Receiver → **Electrical output**

Optical tapping "devices *allow the extraction of all voice and data communications in the fiber plant with little or no chance of detection.*

This is achieved because the light within the cable contains all the information in the transmitted signal and can be easily captured, interpreted and manipulated with standard off-the-shelf tapping equipment."

Dkt. No. 100-3; Ex. M (Oyster Optics White Paper) at 1



15

# Examples of Optical Taps





Dkt. No. 100-3; Ex. M (Oyster Optics White Paper)

Dkt. No. 100-3; Ex. M at 4.

There are three primary methods for optical taps:
1) Splice (data loss)
2) Macro-bend, micro-bend, variable couplers (light loss)
3) Non-touching methods based on scattering (passive active)

Ex. M at 3-4

All of these tapping devices *draw some of the light's power* from the fiber optic line.



16

**Why did the problem of undetectable tapping exist and how do the asserted patents claim to have solved the problem?**



# The Patentee Recognized a Need for Secure Optical Data Transfer that Required Tapping Detection Capabilities





SUMMARY OF THE PRESENT INVENTION

An object of the present invention is to provide a transceiver card for providing secure optical data transmission over optical fiber. Another alternate or additional object of the present invention is to provide for replacement of existing cards with a transceiver card permitting ODTR and tapping detection capabilites.

'898 patent at 2:24-29

- Networks were not secure against tappers

- Need for ability to detect when a fiber optic line was tapped

'898 patent at 2:24-29

18

# More Secure Than "Amplitude-Based Cards" By Detecting A "Drop or Increase In the Energy Level" -- Required Constant Energy at Receiver

The present invention thus permits a card-based transmission system incorporating an energy level detector for optical tap detection, which can provide for more secure data transmission than existing amplitude-based cards along with breach localization services from the OTDR. Because of

'898 patent at 3:10-14;

Preferably, the energy level detector provided on the card for measuring light energy in a fiber is connected electronically to an alarm, so that when a drop or increase in the energy level is detected, which may indicate a tap, the card may provide an alarm signal, for example an electronic signal sent to a network operations center to indicate a drop or increase in the optical energy level, a light on the outside of the box or a sound-emitting alarm. Depending upon the optical transmis-

'898 patent at 3:22-29;

'898 patent at 3:10-14; 3:22-29

**What was Oyster's preferred method for constant receiver energy?**



19

# Advantage of Phase-Modulated Signals Per Patent Disclosure

'898 patent at 4:48-52

used. The phase-modulated signals have the advantage that breach detection by the energy level detector work more effectively, since the amplitude of the optical signal is constant and thus a drop in the optical signal level is more easily detected.

'898 patent at 4:48-52

- The patent explains that the amplitude of a phase modulated signal is **constant**.
- The patent explains that the **constant amplitude** of the received phase modulated signal makes it easier to detect changes in amplitude than detecting changes in an amplitude modulated signal.



20

# Solution As Explained by The Patent: Detect Tapping by Observing Changes in The Energy Level of a Phase Modulated (PM) Signal Using An Energy Level Detector



The phase-modulated signals have the advantage that breach detection by the energy level detector work more effectively, since the amplitude of the optical signal is constant and thus a drop in the optical signal level is more easily detected. 4:43-47

With Oyster's patented technology an alarm occurs when the change in the received light energy exceeds a threshold.

# If A Drop Was Detected, Then An Alert Was Provided

Detector **33** monitors the light energy in the fiber **111** via the light energy coupled to the detector by splitter **31**. If the amplitude drops during monitoring, which may indicate a tap, the detector **33** provides an alert and can, for example, send an electronic signal to the processor via bus **135** to indicate a drop or increase in the optical energy level, sound an alarm or alert network maintenance personnel, for example through an LED **133** or by sending an alarm message using transmitter **10**. Another LED **134** can provide an indication of proper

'898 patent at 5:11-19

- If the received signal amplitude (i.e., energy) drops during monitoring, which may indicate a tap, the detector provides an alert.

'898 patent at 5:11-19



22

# Oyster's Solution: Monitor Changes in Light Energy **(Intensity / Brightness)**

The intensity (brightness) of an amplitude modulated signal is ***not constant***

AMPLITUDE MODULATED OPTICAL SIGNAL



━━━ Signal envelope (~ energy / amplitude )

──── Modulated Optical Signal

PHASE MODULATED OPTICAL SIGNAL



The intensity (brightness) of an ideal phase modulated signal is ***constant***

used. The phase-modulated signals have the advantage that breach detection by the energy level detector work more effectively, since the amplitude of the optical signal is constant and thus a drop in the optical signal level is more easily detected.

'898 patent at 4:48-52





# HOW DOES THE ENERGY LEVEL DETECTOR DISCLOSED IN THE ASSERTED PATENTS WORK?

24

# Energy Level Detector # 33



**Transceiver**

**Transmitter**

**Energy Level Detector**

**Receiver**

Figure 2

Figure 3

In the energy level detector, the output of photodetector 153 is an electrical voltage that is correlated with the optical power at the input to the photodetector.

The electrical signal, may be averaged, and is compared to reference voltages that correspond to upper and lower thresholds that cannot be crossed without setting off an alarm.

ciena

**Major Technology Progress Over The Last 20 Years Since Oyster's Patents Were Filed.**

**Wavelength Division Multiplexing Coherent Optics: Gb/s → Tb/s**



# Even with Continuous Improvements (WDM) Direct Detection Systems Start to Lose Relevance In Early 2010's



2.4T

500 G

100G

40G

2.5G

10G

1995   2000   2005   2010   2015   2020

Priority date of asserted patents

|11101010100011010100010101

2.5G Data Rate

wavelengths

01000111
11101010
00111101
11101010

2.5G Data Rate X 4 = 10G

**Wavelength Division Multiplexing (WDM)**

*G* denotes gigabits (billion) per second

# Coherent Optical Communications: Novel Technology that Took Over a Decade to Design

- Signal phase, amplitude, and polarization modulated.
- Receiver mixes the optical signal with a specially tuned laser and powerful DSP
- Integrate coherent system with WDM
- Enables Terabit/sec communications





# Energy Level Detection And Signal Type

Envelope

Phase Modulated Signal

Oyster's Energy Level Is Designed for Constant Envelope Phase Modulation with Direct Detection Receivers.



Envelope

Coherent Optical Signal



Figure 3

Energy Level Detector

Oyster's Energy Level Detector And Receiver Are Not Designed For Extremely Complex Coherent Signals with Peaky, Variable envelopes.

ciena | 29

# Oyster's Described Advantage of Patented Phase-Modulated Signals



**Securing Fiber Optic Communications against Optical Tapping Methods**

Even though the input and output electronic data streams to the multiplexors and switches remain the same, **the light transmitting the data is in a patented secure phase modulated format different from any commercially available products.** Because of the format of the light, Oyster Optics' technologies are therefore able to provide an extremely precise and sensitive tap detection system, which **would not function with existing common equipment utilizing insecure amplitude or intensity modulated signals.** Furthermore, Oyster Optics integrates an Optical Time Domain Reflectometer ("OTDR") to instantaneously locate the exact source of an intrusion or maintenance event and determine its origins, such as an actual tap, a physical line break, or even simple fiber degradation.

Dkt. No. 100-3; Ex. M (Oyster Optics White Paper)

Dkt. No. 100-3; Ex. M at 14

ciena | 30