Blair M. Jacobs (admitted *pro hac vice*)
blairjacobs@paulhastings.com
Christina A. Ondrick (admitted *pro hac vice*)
christinaondrick@paulhastings.com
John S. Holley (admitted *pro hac vice*)
johnholley@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
Telephone:  (202) 551-1700
Facsimile:  (202) 551-1705

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> CIENA CORPORATION, <br><br> *Defendant* | Case No.  4:17-cv-05920-JSW <br><br> **CIENA'S NOTICE OF SUPPLEMENTAL AUTHORITY AS REQUIRED BY THE COURT (DKT. NO. 113)** <br><br> Judge:    Hon. Jeffrey S. White |

Pursuant to the Court's Order to notify the Court and opposing counsel of legal authorities not cited in Ciena's brief but that Ciena may rely upon at the *Markman* hearing (Dkt. No. 113 at 1:16-20), Ciena hereby respectfully submits the following additional authorities:

- *Athletic Alternatives, Inc. v. Prince Mfg., Inv.*, 73 F.3d 1573 (Fed. Cir. 1996)
- *Automed Techs., Inc. v. Knapp Logistics & Automation, Inc.*, 236 F. App'x 604 (Fed. Cir. 2007)
- *Computer Cache Coherency Corp. v. Via Techs., Inc.*, No. C-05-01668 RMW, 2009 WL 1766675 (N.D. Cal. June 18, 2009)
- *Inverness Med. Switz. GmbH v. Warner Lambert Co.,* 309 F.3d 1373 (Fed. Cir. 2002)
- *Modine Mfg. Co. v. United States Int'l Trade Comm'n*, 75 F.3d 1545 (Fed. Cir. 1996)
- *TorPharm, Inc. v. Ranbaxy Pharm., Inc.,* 336 F.3d 1322 (Fed. Cir. 2003)

- *Wang Lab., Inc. v. America Online, Inc.,* 197 F.3d 1377 (Fed. Cir. 1999)
- MPEP 2173.05(e)

| Respectfully submitted, | Dated July 21, 2020 |
|---|---|
| | PAUL HASTINGS LLP |
| | By: */s/ Blair M. Jacobs* |
| | Blair M. Jacobs |
| | blairjacobs@paulhastings.com |
| | Christina A. Ondrick |
| | christinaondrick@paulhastings.com |
| | John S. Holley |
| | johnholley@paulhastings.com |
| | PAUL HASTINGS LLP |
| | 2050 M Street, NW |
| | Washington, DC  20036 |
| | Telephone:  (202) 551-1700 |
| | Facsimile: (202) 551-1705 |
| | |
| | Thomas A. Counts (CA BN 148051) |
| | tomcounts@paulhastings.com |
| | Grant N. Margeson (CA BN 299308) |
| | grantmargison@paulhastings.com |
| | PAUL HASTINGS LLP |
| | 101 California Street, 48th Floor |
| | San Francisco, CA 94111 |
| | Telephone:  (415) 856-7000 |
| | Facsimile: (415) 856-7116 |
| | |
| | *Attorneys for Defendant* |
| | CIENA CORPORATION |