Blair M. Jacobs (admitted *pro hac vice*)
blairjacobs@paulhastings.com
Christina A. Ondrick (admitted *pro hac vice*)
christinaondrick@paulhastings.com
John S. Holley (admitted *pro hac vice*)
johnholley@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CIENA CORPORATION,<br><br>*Defendant* | Case No. 4:17-cv-05920-JSW<br><br>**JOINT STATEMENT IN RESPONSE TO TENTATIVE CONSTRUCTION OF ENERGY LEVEL DETECTOR (DKT. 113)**<br><br>Judge: Hon. Jeffrey S. White |

Plaintiff Oyster Optics, LLC ("Oyster") and Defendant Ciena Corp. ("Ciena"), by and through their respective counsel, respectfully submit the following joint statement in response to the Court's Order Re Tentative Rulings and Questions Re *Markman* Hearing (Dkt. No. 113) ("Order").

The parties have met and conferred in an effort to narrow the issues in dispute. The parties accept the Court's tentative ruling regarding the "energy level detector" terms recited in claims 1, 14, and 25 of the '327 patent and claims 1 and 14 of the '898 patent. (Order at 5-6). The parties have not yet further narrowed the issues in dispute and will be prepared to address the Court's questions during the *Markman* Hearing.

Respectfully submitted,                    Dated July 22, 2020

>                                          PAUL HASTINGS LLP
>                                          By:  */s/ Blair M. Jacobs*
>                                          Blair M. Jacobs
>                                          blairjacobs@paulhastings.com
>                                          Christina A. Ondrick
>                                          christinaondrick@paulhastings.com
>                                          John S. Holley
>                                          johnholley@paulhastings.com
>                                          PAUL HASTINGS LLP
>                                          875 15th Street, NW
>                                          Washington, DC 20005
>                                          Telephone: (202) 551-1700
>                                          Facsimile: (202) 551-1705
>
>                                          Thomas A. Counts (CA BN 148051)
>                                          tomcounts@paulhastings.com
>                                          Grant N. Margeson (CA BN 299308)
>                                          grantmargison@paulhastings.com
>                                          PAUL HASTINGS LLP
>                                          101 California Street, 48th Floor
>                                          San Francisco, CA 94111
>                                          Telephone: (415) 856-7000
>                                          Facsimile: (415) 856-7116
>
>                                          *Attorneys for Defendant*
>                                          CIENA CORPORATION

| | |
|---|---|
| | RUSS AUGUST & KABAT |
| Dated: July 22, 2020 | By: */s/ Paul A. Kroeger* |
| | Marc A. Fenster<br>Reza Mirzaie<br>Paul A. Kroeger<br>Neil A. Rubin |
| | *Attorneys for Plaintiff*<br>OYSTER OPTICS, LLC |

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that the above signatories concur in the contents of this document and have authorized its filing.

Dated: July 22, 2020                              By:    */s/ Blair M. Jacobs*