# EXHIBIT A

## SCHEDULING PROPOSAL

| Event | Date |
|---|---|
| Fact Discovery Cutoff | Friday, January 29, 2021 |
| Serve Opening Expert Reports on Issues which the Parties Bear the Burden of Proof | Friday, February 19, 2021 |
| Serve Rebuttal Expert Reports | Friday, March 12, 2021 |
| Expert Discovery Cutoff | Friday, April 2, 2021 |
| File Dispositive Motions and Daubert Motion | Friday, April 23, 2021 |
| Mediation cut-off | Friday, April 30, 2021 |
| File Reply to Opposition to Dispositive Motion | Friday, May 7, 2021 |
| Reply to Opposition to Dispositive Motion | Friday, May 14, 2021 |
| Dispositive Motion / Daubert Motion Hearing | Friday, May 28, 2021 at 9:00 a.m. |
| Pre-Trial Conference; Trial witness list and Summary of Proposed Testimony, Deposition Designations, Written Discovery Designations, Jury Instructions, Admissibility Stipulations, MILs, Trial Exhibits/ Objections | Wednesday, July 21, 2021 |
| Jury Selection | Wednesday, August 18, 2021 |
| Trial | Monday, August 30, 2021 at 8:00 a.m. |