RUSS, AUGUST & KABAT
Marc A. Fenster (SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
Email: rmirzaie@raklaw.com
Paul A. Kroeger (SBN 229074)
Email: pkroeger@raklaw.com
Neil A. Rubin (SBN 250761)
Email: nrubin@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for Plaintiff Oyster Optics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>             Plaintiff,<br><br>     vs.<br><br>CIENA CORPORATION,<br><br>             Defendant. | CASE NO. 4:17-cv-05920-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME** |

1 | Pursuant to Civil L.R. 6-1 and 6-2, Oyster Optics, LLC ("Oyster") and Ciena Corporation ("Ciena") file this Stipulation requesting that the deadline to serve and file the certification that all supplementation of discovery responses has been completed (Dkt. No. 132 at 2-3) be extended by thirty days, commensurate with the close of fact discovery  This request is supported by the attached Declaration of Paul A. Kroeger, and based on the fact that the parties have not yet completed all depositions or responded to all written discovery and thus require additional time to certify that all supplementation of the discovery responses has occurred.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that:

1. The time to file a the certification that all supplementation of discovery responses has been completed shall be extended from December 30, 2020 to January 29, 2021.

IT IS SO STIPULATED.

Dated:  December 23, 2020

By: /s/ *Paul A. Kroeger*
Marc A. Fenster (CA BN 181067)
mfenster@raklaw.com
Paul A. Kroeger (CA BN 229074)
pkroeger@raklaw.com
Reza Mirzaie (CA BN 246953)
rmirzaie@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

By: /s/ *Blair M. Jacobs*
Blair M. Jacobs
blairjacobs@paulhastings.com
Christina A. Ondrick
christinaondrick@paulhastings.com
John S. Holley
johnholley@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC  20036
Telephone:  (202) 551-1700
Facsimile: (202) 551-1705

Thomas A. Counts (CA BN 148051)
tomcounts@paulhastings.com
Grant N. Margeson (CA BN 299308)
grantmargison@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone:  (415) 856-7000
Facsimile: (415) 856-7116

| | |
|---|---|
| *Attorneys for Plaintiff* <br> Oyster Optics, LLC | *Attorneys for Defendant* <br> Ciena Corporation |

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated:  December 23, 2020

By:

_____
Honorable Jeffrey S. White
United States District Court Judge