UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>CIENA CORPORATION,<br><br>            Defendant. | CASE NO. 4:17-cv-05920-JSW<br><br>**[PROPOSED] ORDER GRANTING CIENA CORPORATION'S ADMINISTRATIVE MOTION FOR CONTINUANCE OF TRIAL AND SCHEDULING ORDER MODIFICATION** |

Pending before the Court is Defendant Ciena Corporation's ("Ciena") Administrative Motion for Continuance of Trial and Scheduling Order Modifications. The Court, having reviewed and considered the briefing and arguments in this matter and all relevant factual statements therein, hereby GRANTS Ciena's Motion for Continuance of Trial and Scheduling Order Modifications as follows:

| Event | Previous Deadline | Current Deadline |
|---|---|---|
| Expert Discovery Cutoff [The parties have agreed to extend this date due to expert witness scheduling conflicts and pandemic related issues.] | Friday, April 9, 2021 | Last deposition scheduled for Monday, April 19, 2021. |
| File Dispositive Motions and Daubert Motion | Friday, April 23, 2021 | Friday, May 21, 2021 |
| Mediation cut-off | Friday, April 30, 2021 | Friday, August 7, 2021 |
| File Opposition to Dispositive Motion | Friday, May 7, 2021 | Friday, June 18, 2021 |
| Reply to Opposition to Dispositive Motion | Friday, May 14, 2021 | Friday, June 25, 2021 |
| Dispositive Motion / Daubert Motion Hearing | Friday, May 28, 2021 at 9:00 a.m. | TBD July, 2021 |
| Trial witness list and Summary of Proposed Testimony, Deposition Designations, Written Discovery Designations, Jury Instructions, Admissibility Stipulations, MILs, Trial Exhibits/ Objections | Wednesday, July 21, 2021 | Friday, September 17, 2021 |
| Pre-Trial Conference | Monday, August 9, 2021 | TBD October 2021 |
| Jury Selection | Wednesday, September 22, 2021 at 8am | TBD November 2021 |
| Trial | Monday September 27 2021 at 8am | TBD November 2021 |

**IT IS SO ORDERED.**

DATED: _____, 2021

Hon. Jeffrey S. White
United States District Court Judge