UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CIENA CORPORATION,<br><br>    Defendant. | Case No. 17-cv-05920-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE, RESTORING PENDING MOTIONS, AND ORDERING SUPPLEMENTAL JOINT STATEMENT**<br><br>Re: Dkt. No. 247 |

The Court has received and considered the parties' joint case management conference statement, and it CONTINUES the case management conference set for October 14, 2022 to March 3, 2023 at 11:00 a.m. The parties shall file a further joint case management conference statement by no later than February 24, 2023. The Court RESTORES all pending motions to its active docket, and shall resolve the matters that remain outstanding as set forth in the joint case management statement. To assist the Court, the Court ORDERS the parties to meet and confer as that term is defined in the Northern District Local Rules and submit a joint statement that identifies which, if any, of the *Daubert* motions must be resolved, either in whole or in part, in order to resolve the motions for summary judgment. The parties shall file this joint statement *if and only if* they are in complete agreement that a decision on a *Daubert* motion is not necessary to resolve the motions for summary judgment. That joint statement shall be due by no later than October 21, 2022.

//

//

//

//

The Court will advise the parties if it reconsiders its decision to vacate hearings on those motions.

**IT IS SO ORDERED**.

Dated: October 7, 2022

_____
JEFFREY S. WHITE
United States District Judge