UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>CIENA CORPORATION,<br><br>  Defendant. | Case No.  17-cv-05920-JSW<br><br>**ORDER REQUIRING CHAMBERS COPIES** |

In order to facilitate the Court's review and resolution of the pending motions for summary judgment and *Daubert* motions, the Court ORDERS the parties to provide chambers copies of their briefing and supporting exhibits. The Court does not require redacted versions of these materials. Instead, the parties shall provide the sealed versions with sealed material clearly highlighted. All materials shall be printed in double-sided form and submitted in binders with exhibit tabs.

**IT IS SO ORDERED**.

Dated: February 1, 2023

JEFFREY S. WHITE
United States District Judge