UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>CIENA CORPORATION,<br><br>  Defendant. | Case No. 17-cv-05920-JSW<br><br>**ORDER REGARDING UNFILED EXHIBITS** |

In the course of resolving the parties' motions for summary judgment and certain *Daubert* motions, the Court has discovered that some of Oyster's exhibits have not been electronically filed. The Court refers specifically to exhibits to the Omnibus Declaration of Paul A. Kroeger in opposition to Ciena's motions for summary judgment and *Daubert* motions. (*See* Dkt. Nos. 208-3, 208-6 through 208-12, 208-15 through 208-16, 208-18 through 208-21, and 208-24.) The Court has not yet ruled on the pending motions to seal. Accordingly, Oyster shall file a corrected version of all documents contained within Docket No. 208 by March 31, 2023.

**IT IS SO ORDERED**.

Dated: March 22, 2023

_____
JEFFREY S. WHITE
United States District Judge