RUSS AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Paul A. Kroeger (CA SBN 229074)
pkroeger@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff Oyster Optics, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC, | Case No. 4:17-cv-05920-JSW |
| Plaintiff, | **PLAINTIFF OYSTER OPTICS, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| CIENA CORPORATION, | |
| Defendant. | |

1   Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Oyster Optics, LLC ("Oyster") respectfully
2   moves the Court for an order permitting Oyster to file under seal:

3   (1)  The highlighted portions of Plaintiff Oyster Optics, LLC's Response in Opposition to
4   Ciena Corporation's Motion for Summary Judgment (Dkt. 204);

5   (2) The highlighted portions of Plaintiff Oyster Optics, LLC's Opposition to Ciena
6   Corporation's Motion to Exclude the Infringement Opinions and Testimony of Plaintiff's
7   Damages Expert, Stephen Dell, Ph.D., Under Fed. R. Evid. 702 and Daubert (Dkt. 205);

8   (3) The highlighted portions of Plaintiff Oyster Optics, LLC's Opposition to Ciena
9   Corporation's Motion to Exclude the Infringement Opinions and Testimony of Plaintiff's
10   Technical Expert, Keith Goossen, Ph.D., Under Fed. R. Evid. 702 and Daubert ((Dkt.
11   206); The highlighted portions of Plaintiff Oyster Optics, LLC's Opposition to Ciena
12   Corporation's Motion to Exclude the Validity Opinions and Testimony of Plaintiff's
13   Technical Expert, Keith Goossen, Ph.D., Under Fed. R. 702 and Daubert (Dkt. 207);

14   (4) Exhibits A, D, E-J, M, N, P, Q, R, S, and V to the Omnibus Declaration of Paul A.
15   Kroeger in Support of Plaintiff Oyster Optics, LLC's Oppositions to Ciena Corporation's
16   Motion for Summary Judgment; Motion to Exclude the Infringement Opinions and
17   Testimony of Plaintiff's Technical Expert, Keith Goossen, Ph.D., Under Fed. R. Evid.
18   702 and Daubert; Motion to Exclude the Validity Opinions and Testimony of Plaintiff's
19   Technical Expert, Keith Goossen, Ph.D., Under Fed. R. Evid. 702 and Daubert; and
20   Motion to Exclude the Opinions and Testimony of Plaintiff's Damages Expert, Stephen
21   Dell, Ph.D., Under Fed. R. 702 and Daubert in their entirety;

22   The highlighted portions of Plaintiff Oyster Optics, LLC's Response in Opposition to Ciena
23   Corporation's Motion for Summary Judgment, Plaintiff Oyster Optics, LLC's Opposition to Ciena
24   Corporation's Motion to Exclude the Infringement Opinions and Testimony of Plaintiff's Technical
25   Expert, Keith Goossen, Ph.D., Under Fed. R. Evid. 702 and Daubert, Plaintiff Oyster Optics, LLC's
26   Opposition to Ciena Corporation's Motion to Exclude the Validity Opinions and Testimony of
27   Plaintiff's Technical Expert, Keith Goossen, Ph.D., Under Fed. R. Evid. 702 and Daubert, as well
28

Case No. 4:17-cv-05920-JSW
OYSTER'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

as Exhibits A, D, E-J, M, and S, contain confidential business information of Ciena, including financial information, and technical aspects of the accused products that Ciena has designated as confidential under the protective order and would be harmed if publicly disclosed. Oyster expects that Ciena will file a supporting declaration as required by the local rules.

The highlighted portions of Plaintiff Oyster Optics, LLC's Opposition to Ciena Corporation's Motion to Exclude the Infringement Opinions and Testimony of Plaintiff's Damages Expert, Stephen Dell, Ph.D., Under Fed. R. Evid. 702 and Daubert concern as well as Exhibit N, P, sensitive financial information concerning licenses Oyster, Ciena, and various third parties have entered into, as well as information related to sales of the Accused Products that Ciena has deemed confidential. Further evidence supporting this sealing is found in the concurrently filed declaration of Paul A. Kroeger.

Exhibits Q, R, and V concern information produced by a third party, Cisco Systems, Inc., about a prior art system it developed that it claims is confidential and would be publicly harmed by the disclosures. Exhibit Q also contains confidential business information of Ciena, including financial information, and technical aspects of the accused products that Ciena has designated as confidential under the protective order and would be harmed if publicly disclosed.

Accordingly, Oyster respectfully requests that the Court permit the foregoing documents to be filed under seal.

Respectfully submitted,

RUSS AUGUST & KABAT

Dated: June 22, 2021     By:  */s/ Paul Kroeger*
                              Marc A. Fenster
                              Reza Mirzaie
                              Paul A. Kroeger
                              Neil A. Rubin

                              *Attorneys for Plaintiff*
                              OYSTER OPTICS, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2021, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices.

/s/ *Paul A. Kroeger*
Paul A. Kroeger

Case No. 4:17-cv-05920-JSW
OYSTER'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL