RUSS AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Paul A. Kroeger (CA SBN 229074)
pkroeger@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff Oyster Optics, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CIENA CORPORATION,<br><br>    Defendant. | Case No. 4:17-cv-05920-JSW<br><br>**DECLARATION OF PAUL A. KROEGER IN SUPPORT OF OYSTER OPTICS, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Case No. 4:17-cv-05920-JSW

DECLARATION OF PAUL A. KROEGER

I, Paul Kroeger, state as follows:

1. I am a member of the State Bar of California and an attorney at the firm of Russ August & Kabat, counsel for Plaintiff Oyster Optics, LLC ("Oyster") in the above captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. I submit this declaration in support of Oyster's Administrative Motion to File Under Seal portions of its Opposition to Ciena Corporation's Motion for Summary Judgment and certain exhibits to the Kroeger Declaration in Support thereof.

3. The highlighted portions of Plaintiff Oyster Optics, LLC's Response in Opposition to Ciena Corporation's Motion for Summary Judgment, Plaintiff Oyster Optics, LLC's Opposition to Ciena Corporation's Motion to Exclude the Infringement Opinions and Testimony of Plaintiff's Technical Expert, Keith Goossen, Ph.D., Under Fed. R. Evid. 702 and Daubert, Plaintiff Oyster Optics, LLC's Opposition to Ciena Corporation's Motion to Exclude the Validity Opinions and Testimony of Plaintiff's Technical Expert, Keith Goossen, Ph.D., Under Fed. R. Evid. 702 and Daubert, as well as Exhibits A, D, E-J, M, and S, contain confidential business information of Ciena, including financial information, and technical aspects of the accused products that Ciena has designated as confidential under the protective order and would be harmed if publicly disclosed. Oyster expects that Ciena will file a supporting declaration as required by the local rules. Oyster expects that Ciena will file a declaration establishing that the foregoing documents are sealable pursuant to Civil L.R. 79-5(d)(1)(A).

4. The highlighted portions of Plaintiff Oyster Optics, LLC's Opposition to Ciena Corporation's Motion to Exclude the Infringement Opinions and Testimony of Plaintiff's Damages Expert, Stephen Dell, Ph.D., Under Fed. R. Evid. 702 and Daubert concern as well as Exhibit N, P, sensitive financial information concerning licenses Oyster, Ciena, and various third parties have entered into, as well as information related to sales of the Accused Products that Ciena has deemed confidential. In light of the sensitive nature of this information, both to Oyster and third parties, Oyster requests that they be filed under seal.

Case No. 4:17-cv-05920-JSW

DECLARATION OF PAUL A. KROEGER

4. Exhibits Q, R, and V concern information produced by a third party, Cisco Systems, Inc., about a prior art system it developed that it claims is confidential and would be publicly harmed by the disclosures. Exhibit Q also contains confidential business information of Ciena, including financial information, and technical aspects of the accused products that Ciena has designated as confidential under the protective order and would be harmed if publicly disclosed. For this reason, Oyster requests that they be filed under seal.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Executed on June 21, 2021 at Los Angeles, California.

/s/ Paul A. Kroeger
Paul A. Kroeger