RUSS AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Paul A. Kroeger (CA SBN 229074)
pkroeger@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff Oyster Optics, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| OYSTER OPTICS, LLC, | Case No. 4:17-cv-05920-JSW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING OYSTER OPTICS, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| CIENA CORPORATION, | |
| Defendant. | |

Having considered Plaintiff Oyster Optics, LLC's Administrative Motion to File Under Seal, the Court finds that the following documents are sealable:

(1) The highlighted portions of Plaintiff Oyster Optics, LLC's Response in Opposition to Ciena Corporation's Motion for Summary Judgment ((Dkt. 204);

(2) The highlighted portions of Plaintiff Oyster Optics, LLC's Opposition to Ciena Corporation's Motion to Exclude the Infringement Opinions and Testimony of Plaintiff's Damages Expert, Stephen Dell, Ph.D., Under Fed. R. Evid. 702 and Daubert (Dkt. 205);

(3) The highlighted portions of Plaintiff Oyster Optics, LLC's Opposition to Ciena Corporation's Motion to Exclude the Infringement Opinions and Testimony of Plaintiff's Technical Expert, Keith Goossen, Ph.D., Under Fed. R. Evid. 702 and Daubert (Dkt. 206);

(4) The highlighted portions of Plaintiff Oyster Optics, LLC's Opposition to Ciena Corporation's Motion to Exclude the Validity Opinions and Testimony of Plaintiff's Technical Expert, Keith Goossen, Ph.D., Under Fed. R. 702 and Daubert (Dkt. 207);

(5) Exhibits A, D, E-J, M, N, P, Q, R, S, and V to the Omnibus Declaration of Paul A. Kroeger in Support of Plaintiff Oyster Optics, LLC's Oppositions to Ciena Corporation's Motion for Summary Judgment; Motion to Exclude the Infringement Opinions and Testimony of Plaintiff's Technical Expert, Keith Goossen, Ph.D., Under Fed. R. Evid. 702 and Daubert; Motion to Exclude the Validity Opinions and Testimony of Plaintiff's Technical Expert, Keith Goossen, Ph.D., Under Fed. R. Evid. 702 and Daubert; and Motion to Exclude the Opinions and Testimony of Plaintiff's Damages Expert, Stephen Dell, Ph.D., Under Fed. R. 702 and Daubert in their entirety;

Oyster's Motion to File Under Seal is hereby GRANTED.

RUSS AUGUST & KABAT

1
2  Dated: _____, 2021
3                                            _____
                                             Hon. Jeffrey S. White
4                                            United States District Court Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28