# Exhibit O

Exhibit B
*Oyster Optics, LLC v. Ciena Corp.*, Case No. 2:16-cv-01300-JRG

CONFIDENTIAL

**U.S. Patent No. 7,620,327**

**Accused Products:**
- All versions and variations of Ciena's 6500 series products, and all components, modules, submodules, and/or pluggables compatible therewith, such as for example and without limitation the XCVR-CEP0001, XCVR-DEP0002, and XCVR-GES101 transceivers.
- All versions and variations of Ciena's 5400 series products, and all components, modules, submodules, and/or pluggables compatible therewith.
- All versions and variations of Ciena's FlexSelect 40G Shelf products, and all components, modules, submodules, and/or pluggables compatible therewith.
- All versions and variations of Ciena's CoreSteam Agility products, and all components, modules, submodules, and/or pluggables compatible therewith.
- All versions and variation of Ciena's 4200 products, and all components, modules, submodules, and/or pluggables compatible therewith.
- All versions and variations of any products utilizing any version or variation of Ciena's WaveLogic products, including for example and without limitation WaveLogic 3.

| Claims | Exemplary Evidence of Infringement |
| --- | --- |
| 1. A transceiver card for a telecommunications box for transmitting data over a first optical fiber and receiving data over a second optical fiber, the card | The preamble is not limiting. To the extent the preamble is deemed limiting, the Accused Products comprise a transceiver card for a telecommunications box for transmitting data over a first optical fiber and receiving data over a second optical fiber.<br><br>For example, the Optical Internetworking Forum (OIF), an industry body co-founded by Ciena,[1] has adopted a uniform set of standards for 100G data transmission, which include without limitation OIF- |

---

[1] Ex. 1.