# Exhibit W

**From:** **Holley, John** johnholley@paulhastings.com
**Subject:** FW: Oyster v. Ciena
**Date:** March 30, 2021 at 10:34 AM
**To:** rak_oyster rak_oyster@raklaw.com
**Cc:** Ciena-Oyster Ciena-Oyster@paulhastings.com



Hi Paul,

We will take Dr. Goossen on infringement on the 8th and invalidity on the 9th. Please let us know if Dr. Goossen has a preferred start time.

Dr. Blumenthal's schedule has almost no openings due to other professional commitments and, as of this morning, his only availability is April 7th so we reserved that time on his schedule. He would like to start his deposition at 8am PST.

I am trying to get ahold of Dr. Papen to confirm that he is still available on the 16th and will let you know as soon as I hear back from him.

We will touch base with you in a separate communication regarding the damages experts. As of now, we know that Dr. Lynde has another commitment through the 9th.

Best,
John

---

**From:** Paul Kroeger <pkroeger@raklaw.com>
**Sent:** Monday, March 29, 2021 7:15 PM
**To:** Holley, John <johnholley@paulhastings.com>
**Cc:** rak_oyster <rak_oyster@raklaw.com>; Opp_oyster_ciena@raklaw.com
**Subject:** [EXT] Oyster v. Ciena

John,

Dr. Goossen can be available for deposition on Thursday and Friday of next week (one day for infringement, one day for validity). Does that work on your end?

Paul A. Kroeger
Russ August & Kabat
Attorney
(310) 979-8263 Work
(310) 826-7474 Work
(213) 864-5532 Mobile
pkroeger@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
www.raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IRS Circular 230 Notice: This communication is not intended to be

used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.



mg_info.txt