UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC, | Case Number: 4:17-cv-05920-JSW |
| Plaintiff, | **JOINT REPORT REGARDING PENDING MOTIONS TO SEAL PURSUANT TO DKT. NO. 256** |
| vs. | |
| CIENA CORPORATION, | |
| Defendant. | |

Pursuant to the Court's Order dated April 3, 2023 (Dkt. No. 256), the parties have met and conferred regarding all pending motions to seal. Following such discussion, they provide the Court with the below chart that sets forth the docket number, exhibit, and portions of the exhibits that can be publicly filed (if any). The parties are willing to provide redacted copies of those exhibits containing only the public portions, if the Court so desires.

| Exhibit No. | Docket No. | Portions that Can be Publically Filed |
|---|---|---|
| 1 | 183-1 | 1-33, 35-58, 61-66, 69-71, 77-138, 148-149, 208, 238-241, 258,268, 270-287 |
| 2 | 183-2 | 1-212, 215,218-219, 220, 221-230, 232-239, 240, 241, 242, 243, 244-344, 342, 350-364-367-375, 379, 382-383, 390-391, 393-482, 484, 487-491, 493-499, 501-502, 503 |
| 4 | 183-4 | 1-120, 181-826. |

Page **1** of **11**

*Form updated May 2018*

| | | |
|---|---|---|
| 5 | 183-5 | 1-17, 19-29, 36-78, 80-86, 198-201, 203-204, 209-213, 215-222, 224-264, 286-302, 304-313, 316-320, 324-325, 328-335, 337, 339, 353-357, 359-361 |
| 6 | 183-6 | 1-16, 18-35, 37-38, 40-50, 52-53, 57, 61-62, 64-73, 88, 115-116, 118-133, 135-142, 149-150, 153,155, 158-159, 162-164, 167-169, 171, 173-174, 176-185, FN 1-125, 127, 131-187, 205-210,216-237, 244-267, 269, 271-273, 275, 277-285, 287-299-303-331, 333-334, 337-350, 360-370 |
| 7 | 183-7 | 1-9, 20-22, 98-100, 111-113, 114:1-16, 115:25-118, 128-130, 139, 145-147, 59-161, 187:1, 187:5-189:18, 189:24-190:4, 190:7-191:6, 203:19-206:6, 209:15-211:25, 217:1-220:14, 222:18-228, 229:1-234:11, 234:16-25, 242:20-243:10, 269:5-271:25, 366:1-367:18, 369:15-372:20, 374:25-374:20, 375:6-378:25, 382:1-383:9, 385:4-387:25, 397:1-17, 398:23-25, 405, 416:1-422:25, 444:1-446:25, 453:1-457:25, 496:1-501:25, 512:1-514:25, 537:1-542:25, 660:1-661:25, 690:1-693:25 |
| 8 | 183-8 | ENTIRE DOCUMENT REMAIN SEALED – THIRD PARTY CONFIDENTIAL |
| 9 | 183-9 | 1-53:6, 57:13-70:18, 71:5-96:4, 115:9-117:7, 123:2-124:7, 127:14-135:19, 137:18-154:3, 156:2-191:7, 208:23-211:1, 298:5-313:10, 320:23-361:9, 406:22-409 |
| 10 | 183-10 | ¶1-260, 325-1041 |
| 11 | 183-11 | ENTIRE DOCUMENT REMAIN SEALED – THIRD PARTY CONFIDENTIAL |

*Form updated May 2018*

| | | |
|---|---|---|
| 12 | 183-12 | 1-7, 17:1-20:25, 29:1-29:18, 138:1-138:10, 140:18-141:19, 169:11-169:25, 171:21-171:25 |
| 13 | 183-13 | 1-9:2, 9:8-9:11, 9:23-15:9, 19:2-19:15, 20:21-21:21, 22:17-23:7, 23:18-25:5, 26:15-31:21, 32:8-32:20, 33:8-36:25, 37:15-52 |
| 14 | 183-14 | ENTIRE DOCUMENT MAY BE PUBLICLY FILED |
| 15 | 183-15 | ENTIRE DOCUMENT REMAIN SEALED – THIRD PARTY CONFIDENTIAL |
| 16 | 183-16 | ENTIRE DOCUMENT REMAIN UNDER SEAL – CIENA CONFIDENTIAL |
| 21 | 183-21 | ENTIRE DOCUMENT REMAIN UNDER SEAL – THIRD PARTY CONFIDENTIAL |
| 22 | 183-22 | ENTIRE DOCUMENT REMAIN SEALED – CIENA CONFIDENTIAL |
| 24 | 183-24 | 1-6, 25:1-26:13, 26:19-27:25 |
| 28 | 183-28 | ENTIRE DOCUMENT REMAIN UNDER SEAL – THIRD PARTY CONFIDENTIAL |
| 31 | 183-31 | ENTIRE DOCUMENT MAY BE PUBLICLY FILED |
| 32 | 183-32 | ENTIRE DOCUMENT REMAIN UNDER SEAL – CIENA CONFIDENTIAL |
| 34 | 183-34 | ENTIRE DOCUMENT MAY BE PUBLICLY FILED |
| 35 | 183-35 | See Oyster's separately filed response to OSC |
| 37 | 183-37 | Public portions are found in *Oyster Optics, LLC v. Corian America, Inc.*, United States District Court for the Eastern District of Texas, Case No. 2:16-cv-01302-JRG, Dkt. No. 864. |

*Form updated May 2018*

| | | |
|---|---|---|
| 39 | 183-39 | ENTIRE DOCUMENT REMAIN UNDER SEAL – THIRD PARTY CONFIDENTIAL |
| 44 | 183-44 | ENTIRE DOCUMENT REMAIN UNDER SEAL – CIENA CONFIDENTIAL |
| 45 | 183-45 | ENTIRE DOCUMENT REMAIN UNDER SEAL – THIRD PARTY CONFIDENTIAL |
| 47 | 183-47 | 1-7:18, 7:25-8:8, 8:13-10:11, 10:18-25, 11:23-15:2, 15:8-20:28 |
| 48 | 183-48 | 1-9:12, 9:23-10:11, 10:23-11:3, 11:20-12:4, 13:4-12; 13:18-14:14; 14:21-15:6; 15:9-15:18; 15:24-16:28 |
| 49 | 183-49 | 1-17:18; 17:22-18:9; 18:24-19:5; 19:11-21:8, 21:13-22:17, 22:23-26:21, 27:1-27:20, 28:1-29:1, 29:15-30:10, 33:3-34:4 |
| 50 | 183-50 | ENTIRE DOCUMENT MAY BE PUBLICLY FILED |
| 51 | 183-51 | ENTIRE DOCUMENT REMAIN UNDER SEAL – THIRD PARTY CONFIDENTIAL |
| 53 | 183-53 | ENTIRE DOCUMENT REMAIN UNDER SEAL – THIRD PARTY CONFIDENTIAL |
| 54 | 183-54 | ENTIRE DOCUMENT REMAIN UNDER SEAL – THIRD PARTY CONFIDENTIAL |
| 55 | 183-55 | ENTIRE DOCUMENT REMAIN UNDER SEAL – THIRD PARTY CONFIDENTIAL |
| 56 | 183-56 | See Oyster's separately filed response to OSC |
| 57 | 183-57 | ENTIRE DOCUMENT REMAIN UNDER SEAL – THIRD PARTY CONFIDENTIAL |
| 58 | 183-58 | ENTIRE DOCUMENT REMAIN UNDER SEAL – THIRD PARTY CONFIDENTIAL |

*Form updated May 2018*

| | | |
|---|---|---|
| 59 | 183-59 | ENTIRE DOCUMENT REMAIN UNDER SEAL – THIRD PARTY CONFIDENTIAL |
| 60 | 183-60 | 1:1-35:1, 36:5-54:4, 55:25-59:25, 61:7-62:4, 62:24-69:4, 70:21-71:23, 72:20-81:5, 81:22-91:24, 94:17-96:19, 97:13-104:25, 105:11-115:22 |
| 61 | 183-61 | ENTIRE DOCUMENT REMAIN UNDER SEAL – OYSTER CONFIDENTIAL |
| 62 | 183-62 | ENTIRE DOCUMENT MAY BE PUBLICLY FILED |
| 63 | 183-63 | ENTIRE DOCUMENT MAY BE PUBLICLY FILED |
| 64 | 183-64 | 1-6, 7:1-42:2 48:11-73:11. 75:1-160:25 |
| 65 | 183-65 | ENTIRE DOCUMENT REMAIN UNDER SEAL – CIENA CONFIDENTIAL |
| 66 | 183-66 | 1-8:25, 33:1-34:15, 43:17-44:23, 49:9-49:23, 76:25-77:25, 122:1-113:11 |
| 67 | 183-67 | ENTIRE DOCUMENT REMAIN UNDER SEAL – CIENA CONFIDENTIAL |
| 68 | 183-68 | ENTIRE DOCUMENT REMAIN UNDER SEAL – THIRD PARTY CONFIDENTIAL |
| 69 | 183-69 | ENTIRE DOCUMENT REMAIN UNDER SEAL – THIRD PARTY CONFIDENTIAL |
| 70 | 183-70 | ENTIRE DOCUMENT REMAIN UNDER SEAL – THIRD PARTY CONFIDENTIAL |
| 71 | 183-71 | ENTIRE DOCUMENT REMAIN SEALED – CIENA CONFIDENTIAL |
| 111 | 221-1 | ENTIRE DOCUMENT MAY BE PUBLICLY FILED |

*Form updated May 2018*

| | | |
|---|---|---|
| 114 | 221-1 | ENTIRE DOCUMENT REMAIN SEALED – CIENA CONFIDENTIAL, OYSTER CONFIDENTIAL, THIRD PARTY CONFIDENTIAL |
| | | |
| A | 208-3 | ENTIRE DOCUMENT REMAIN SEALED – CIENA CONFIDENTIAL |
| D | 208-6 | ENTIRE DOCUMENT MAY BE PUBLICLY FILED |
| E | 208-7 | ENTIRE DOCUMENT REMAIN SEALED – CIENA CONFIDENTIAL |
| F | 208-8 | 1-11:3, 11:20-25, 16:1-28 |
| G | 208-9 | ENTIRE DOCUMENT REMAIN SEALED – CIENA CONFIDENTIAL |
| H | 208-10 | ENTIRE DOCUMENT REMAIN SEALED – CIENA CONFIDENTIAL |
| I | 208-11 | ENTIRE DOCUMENT REMAIN SEALED – CIENA CONFIDENTIAL |
| J | 208-12 | 1, 78:1-80:25, 88:1-88:12, 89:6-90:8, 91:11-91:25, 39:1-39:10, 39:22-25, 116:1-116:11 |
| M | 208-15 | Counsel, As promised during our call yesterday, we would like to provide some additional feedback on your letter regarding Ciena's contention that certain accused transceiver cards are licensed because they include a Fujitsu Optical modulator. As we discussed during our phone call, Ciena bears the burden on that affirmative defense, including the burden of showing which accused units are licensed. |

*Form updated May 2018*

|   |   | Now that discovery appears to be complete on that issue, we do not believe Ciena can meet its burden.

[CONFIDENTIAL]

First, the vast majority of this time period comes after the Fujitsu settlement agreement was signed. Therefore, any backwards-looking release would be inapplicable. At best, Ciena would have an argument under patent exhaustion. But Ciena cannot satisfy the substantial embodiment test of patent exhaustion, because the Fujitsu modulators does not substantially embody the claims and further fails various other elements of that test.

Second, Ciena cannot and should not rely on any ruling concerning Oyster's infringement expert reports and contentions in other cases—because Oyster has been clear, at all times before any meaningful fact discovery in this case, that it does not contend that the modulator embodies all—or substantially all—elements of the asserted claims. And the parties have not even begun expert discovery, either.

[CONFIDENTIAL]

Per our conversation yesterday, we remain open to receiving additional details and clarity from Ciena |

*Form updated May 2018*

| | | regarding its defense and the issues addressed above. We also will remain open to continuing to discuss whether the parties can reach any compromises or stipulations of any sort on this issue.<br><br>Thanks,<br><br>Reza |
|---|---|---|
| N | 208-16 | 1-12, 14 |
| P | 208-18 | ENTIRE DOCUMENT MAY BE PUBLICLY FILED |
| Q | 208-19 | 1-104, 106-120 182-846, 849-859E |
| R | 208-20 | ENTIRE DOCUMENT MAY BE PUBLICLY FILED |
| S | 208-21 | ENTIRE DOCUMENT MAY BE PUBLICLY FILED |
| V | 208-24 | ¶¶1-168, 203-241 |

DATED: April 17, 2023         By: /s/ *Paul A. Kroeger*
                              Marc A. Fenster (CA BN 181067)
                              mfenster@raklaw.com
                              Reza Mirzaie (CA BN246953)
                              rmirzaie@raklaw.com
                              Paul A. Kroeger (CA BN 229074)
                              pkroeger@raklaw.com
                              Neil A. Rubin (CA BN 250761)
                              nrubin@raklaw.com
                              RUSS, AUGUST & KABAT
                              12424 Wilshire Boulevard, 12th Floor
                              Los Angeles, CA 90025
                              Telephone: 310/826-7474
                              Facsimile: 310/826-6991

                              *Attorneys for Plaintiff*
                              OYSTER OPTICS, LLC

DATED: April 17, 2023         By: /s/ *Blair M. Jacobs*

                              Blair M. Jacobs
                              bjacobs@mckoolsmith.com

*Form updated May 2018*

1 | Christina A. Ondrick
2 | condrick@ mckoolsmith.com
3 | John S. Holley
4 | jholley@ mckoolsmith.com
5 | McKool Smith, P.C.
6 | 1999 K Street, NW, Suite 600
7 | Washington, DC 20006
8 | Phone:     (202) 402-9400
9 | Facsimile:  (202) 402-9544
10 |
11 | ALAN P. BLOCK (SBN 143783)
12 | ablock@mckoolsmithhennigan.com
13 | 300 South Grand Avenue, Suite 2900
14 | Los Angeles, California 90071
15 | T: 213.694.1200;
16 | F: 213.694.1234
17 |
18 | *Attorneys for Defendant*
19 |  CIENA CORPORATION

*Form updated May 2018*

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on April 17, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                           /s/ Paul A. Kroeger

## SIGNATURE ATTESTATION

The undersigned attests that, pursuant to Local Rule 5-4.3.4(a)(2), concurrence in the filing of this document has been obtained from counsel for all other signatories listed, and on whose behalf the filing is submitted, and counsel concur in the filing's content and have authorized the filing.

Dated: April 17, 2023

Respectfully submitted,
**RUSS AUGUST & KABAT**

*/s/ Paul A. Kroeger*
Paul A. Kroeger
RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Brian D. Ledahl, SBN186579
bledahl@raklaw.com
Paul A. Kroeger, SBN 229074
pkroeger@raklaw.com
Andrew D. Weiss, SBN 232974
aweiss@raklaw.com
Neil A. Rubin, SBN 250761
nrubin@raklaw.com
Adam S. Hoffman, SBN 218740
ahoffman@raklaw.com
Benjamin T. Wang, SBN 228712
bwang@raklaw.com
Jacob R. Buczko, SBN 269408
jbuczko@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

**Attorneys for Plaintiff**
**OYSTER OPTICS, LLC**

Form updated May 2018