1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC, )<br><br>        Plaintiff, )<br><br>    vs. )<br><br>CIENA CORPORATION, )<br><br>    Defendant. ) | Case Number: 4:17-cv-05920-JSW<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO STAY CASE FOR THIRTY DAYS TO FACILITATE ENTRY OF SETTLEMENT** |
| OYSTER OPTICS, LLC, )<br><br>        Plaintiff, )<br><br>    vs. )<br><br>CIENA CORPORATION, )<br><br>    Defendant. ) | Case Number: 4:20-cv-02354-JSW<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO STAY CASE FOR THIRTY DAYS TO FACILITATE ENTRY OF SETTLEMENT** |

The parties hereby submit this Notice to notify the Court that they have reached a settlement in principle with regard to Case Nos. 4:20-cv-02354-JSW and 4:17-cv-05920-JSW and will finalize a settlement agreement as soon as possible. In light of the settlement in principle, the parties jointly stipulate that the cases be stayed for 30 days. The parties believe, and hereby stipulate, that is the stays are appropriate to allow them to negotiate a final form of

the settlement agreement, and to prepare motions to dismiss the case, and jointly request that the Court ORDER same

DATED: November 1, 2023          By: /s/ *Paul A. Kroeger*

Marc A. Fenster (CA BN 181067)
mfenster@raklaw.com
Reza Mirzaie (CA BN246953)
rmirzaie@raklaw.com
Paul A. Kroeger (CA BN 229074)
pkroeger@raklaw.com
Neil A. Rubin (CA BN 250761)
nrubin@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

*Attorneys for Plaintiff*
OYSTER OPTICS, LLC

DATED: November 1, 2023          By: /s/ *Blair M. Jacobs*

Blair M. Jacobs
bjacobs@mckoolsmith.com
Christina A. Ondrick
condrick@ mckoolsmith.com
John S. Holley
jholley@ mckoolsmith.com
McKool Smith, P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006
Phone:      (202) 402-9400
Facsimile:  (202) 402-9544

ALAN P. BLOCK (SBN 143783)
ablock@mckoolsmithhennigan.com
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
T: 213.694.1200;
F: 213.694.1234

*Attorneys for Defendant*
CIENA CORPORATION

1

2

3   IT IS SO ORDERED.

4    Dated:
     _____

5                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on November 1, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/  Paul A. Kroeger*

1

**SIGNATURE ATTESTATION**

2      The undersigned attests that, pursuant to Local Rule 5-4.3.4(a)(2), concurrence in the filing

3   of this document has been obtained from counsel for all other signatories listed, and on whose

4   behalf the filing is submitted, and counsel concur in the filing's content and have authorized the

5   filing.

6

7

8                                         Respectfully submitted,
                                          **RUSS AUGUST & KABAT**
9     Dated: November 1, 2023             */s/ Paul A. Kroeger*
10                                        Paul A. Kroeger
                                          RUSS, AUGUST & KABAT
11                                        Marc A. Fenster, SBN 181067
                                          mfenster@raklaw.com
12                                        Brian D. Ledahl, SBN186579
                                          bledahl@raklaw.com
13                                        Paul A. Kroeger, SBN 229074
14                                        pkroeger@raklaw.com
                                          Andrew D. Weiss, SBN 232974
15                                        aweiss@raklaw.com
                                          Neil A. Rubin, SBN 250761
16                                        nrubin@raklaw.com
17                                        Adam S. Hoffman, SBN 218740
                                          ahoffman@raklaw.com
18                                        Benjamin T. Wang, SBN 228712
19                                        bwang@raklaw.com
                                          Jacob R. Buczko, SBN 269408
20                                        jbuczko@raklaw.com
21                                        12424 Wilshire Boulevard
                                          Twelfth Floor
22                                        Los Angeles, California 90025
                                          Telephone: (310) 826-7474
23                                        Facsimile: (310) 826-6991

24                                        **Attorneys for Plaintiff**
25                                        **OYSTER OPTICS, LLC**

26

27

28

Page **5** of **5**