United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OYSTER OPTICS, LLC,

           Plaintiff,

    v.

CIENA CORPORATION,

           Defendant.

Case No.  17-cv-05920-JSW

**ORDER GRANTING MOTIONS TO SEAL**

Re: Dkt. Nos. 177, 184, 186-187, 190, 198, 213, 216, 222-223, 255

     In connection with briefing on the parties' motions for summary judgment and motions to exclude expert testimony, the parties filed a number of motions to seal, and the Court has not yet ruled on the motions to seal.[1]  The Court has reviewed the motions to seal and the supporting declarations, and it concludes the parties have met their burdens to show the material at issue is sealable and that their requests are narrowly tailored.  Accordingly, the Court GRANTS the motions to seal.

     **IT IS SO ORDERED**.

Dated: November 8, 2023

_____
JEFFREY S. WHITE
United States District Judge

---

[1]    The parties have notified the Court they have settled the matter, but the Court had not yet ruled on the motions to seal.  Although the underlying motions may be moot, the Court addresses the motions to seal.